FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-MJ-2228 |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| ) | Allegations of Violations of Probation |
| HECTOR CORRAL ) | Supervised Release) |
| Defendant. ) | Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

<sup>Case 2:12-mj-02228-DUTY  Document 7  Filed 09/21/12  Page 2 of 2  Page ID #:15</sup>

The court concludes:

A.  ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_defendant will appear for preceeding_,

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _9-21-12_

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2